# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIAD EISSA MOHAMED ALY ABOUKLOUB, | Case No. 1:19-cv-00453-DAD-SAB |
| Plaintiff, | ORDER RE STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING AND CONTINUING SCHEDULING CONFERENCE |
| v. | |
| KIRSTJEN NIELSEN, et al., | (ECF No. 15) |
| Defendants. | |

Plaintiff filed a petition for a writ of mandamus and complaint for declaratory and injunctive relief on April 8, 2019. (ECF No. 1.) On April 9, 2019, the Court set a mandatory scheduling conference to take place on June 25, 2019. (ECF No. 3.) On May 29, 2019, the parties filed a stipulation agreeing to allow Defendants until September 20, 2019, to file a responsive pleading in this matter, and requesting the Court continue the scheduling conference until a date after the responsive pleading is due. (ECF No. 15.)

///

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants shall file a responsive pleading on or before September 20, 2019; and

2. The scheduling conference currently set for June 25, 2019, is CONTINUED to October 9, 2019 at 10:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated: __**May 30, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE