UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIAD EISSA MOHAMED ALY ABOUKLOUB,<br><br>           Plaintiff,<br><br>      v.<br><br>L. FRANCIS CISSNA, et al.,<br><br>           Defendants. | Case No.: 1:19-cv-00453 DAD SAB<br><br>ORDER RE SECOND JOINT STIPULATION FOR EXTENSION OF TIME AND CONTINUING SCHEDULING CONFERENCE TO DECEMBER 17, 2019<br><br>(ECF No. 17) |

On September 19, 2019, a second stipulation for an extension of time for Defendants to respond to the complaint was filed. The Court finds good cause to grant the requested extension of time.

Accordingly, IT IS HEREBY ORDERED that:

1.     Defendants' responsive pleading shall be filed on or before November 29, 2019;

2.     The scheduling conference currently set for October 9, 2019, is CONTINUED to December 17, 2019, at 10:00 a.m., in Courtroom 9; and

///

///

1

3.     The parties shall file a joint scheduling report seven days prior to the continued scheduling conference date.

IT IS SO ORDERED.

Dated:   **September 20, 2019**

UNITED STATES MAGISTRATE JUDGE