# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ZIAD EISSA MOHAMED ALY ABUKLOUB, | Case No. 1:19-cv-00453-DAD-SAB |
|---|---|
| Plaintiff, | ORDER REQUIRING DEFENDANTS TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED FOR FAILURE TO RESPOND TO COMPLAINT |
| v. | |
| KIRSTJEN NIELSEN, et al., | (ECF No. 18) |
| Defendants. | |

Plaintiff Ziad Eissa Mohamed Aly Abukloub filed this action on April 8, 2019 against Defendants Kirstjen Nielsen, L. Francis Cissna, and Sarah M. Kendall seeking a writ of mandamus, and injunctive and declaratory relief. On September 20, 2019, an order issued granting the parties second stipulation for an extension of time for Defendants to file a responsive pleading.

Pursuant to the September 20, 2019 order, Defendants were required to respond to the complaint on or before November 29, 2019. The time for Defendants to respond to the complaint has passed and Defendants have not filed a responsive pleading or otherwise responded to the September 20, 2019 order. Entry of default is appropriate as to any party against whom a judgment for affirmative relief is sought that has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and where that fact is made to appear

by affidavit or otherwise.  Fed. R. Civ. P. 55(a).

Accordingly, IT IS HEREBY ORDERED that within **five (5) days** of the date of entry of this order, Defendants shall show cause in writing as to why default should not be entered for the failure to file a timely responsive pleading.

IT IS SO ORDERED.

Dated: __**December 3, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE