1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8
9

EASTERN DISTRICT OF CALIFORNIA

10

11  | ZIAD EISSA MOHAMED ALY | Case No.  1:19-cv-00453-DAD-SAB
ABOUKLOUB,

12  Plaintiff,  | ORDER DISCHARGING ORDER TO
SHOW CAUSE

13

14  v.  | ORDER DIRECTING CLERK OF COURT
TO CLOSE CASE AND ADJUST DOCKET
KIRSTJEN NIELSEN, et al.,  | TO REFLECT VOLUNTARY DISMISSAL

15

16  Defendants.  | (ECF Nos. 19, 20)

17      Plaintiff Ziad Eissa Mohamed Aly Aboukloub filed this action on April 8, 2019 against

18  Defendants Kirstjen Nielsen, L. Francis Cissna, and Sarah M. Kendall seeking a writ of

19  mandamus, injunctive relief, and declaratory relief.  (ECF No. 1.)  On December 4, 2019, the

20  Court ordered Defendants to show cause as to why default should not be entered for the failure to

21  file a responsive pleading in this matter.  (ECF No. 19.)  On the same date, Plaintiff filed a notice

22  of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and informed

23  the Court that Defendants have already granted the relief that Plaintiff sought in this action.

24  (ECF No. 20.)  Accordingly, the Court shall dismiss the action and discharge the order to show

25  cause.

26      "[U]nder Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his

27  action prior to service by the defendant of an answer or a motion for summary judgment.' "

28  Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999)

1

1   (quoting <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997)).  The Ninth Circuit has

2   held that Rule 41(a) allows a plaintiff to dismiss without a court order any defendant who has yet

3   to serve an answer or motion for summary judgment.  <u>Pedrina v. Chun</u>, 987 F.2d 608, 609 (9th

4   Cir. 1993).  "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required,

5   the parties are left as though no action had been brought, the defendant can't complain, and the

6   district court lacks jurisdiction to do anything about it."  <u>Commercial Space Mgmt. Co., Inc.</u>, 193

7   F.3d at 1078.

8        Based on the foregoing, the order to show cause, filed on December 4, 2019, is HEREBY

9   DISCHARGED.  Further, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in

10   this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

11

12   IT IS SO ORDERED.

13   Dated:   **December 5, 2019**

                                     UNITED STATES MAGISTRATE JUDGE